UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> *Defendant*. | Civil Action No. 19-2578 (TFH) |

## JOINT STATUS REPORT

Pursuant to the Court's November 8, 2019, Minute Order, the parties respectfully submit this Joint Status Report.

1.  Plaintiff Electronic Frontier Foundation initiated the instant action on August 27, 2019, against Defendant U.S. Department of Homeland Security under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") in connection with FOIA requests that Plaintiff submitted to Immigration and Customs Enforcement ("ICE") and Customs and Border Protection ("CBP"). These requests sought polices and/or procedures regarding the use of GPS tracking devices on vehicles crossing the border and training manuals and/or training materials on the use of GPS tracking devices on vehicles crossing the border. *See* Compl. ¶¶ 12-13, 21-22 (ECF No. 1).

2.  With respect to the FOIA request to ICE, ICE has conducted a supplemental search for material responsive to Plaintiff's FOIA request and identified approximately 6,000 records that are potentially responsive to the request. ICE anticipates processing these records at a rate of approximately 500 pages per month. On December 30, 2019, ICE made an interim production of documents to Plaintiff for which ICE processed 521 pages of material and some information was withheld pursuant to Exemptions 5, 6, 7(C), and 7(E).

3.	With respect to the FOIA request to CBP, CBP has conducted a supplemental search for records and is currently evaluating the results to determine which records, if any, returned by the search are responsive to the request.

4.	In light of the foregoing, the parties propose that they submit a further joint status report by March 6, 2020, to update the Court regarding the processing of Plaintiff's FOIA request.

Dated: January 6, 2020

Respectfully submitted,

/s/
DAVID L. SOBEL
5335 Wisconsin Avenue, NW
Suite 640
Washington, DC 20015-2052
(202) 246-6180
Fax: (415) 436-9993

*Attorney for Plaintiff*

JESSIE K. LIU, D.C. Bar. No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:	/s/ *Derek S. Hammond*
DEREK S. HAMMOND, D.C. Bar No. 1017784
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2511