UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendant*. | Civil Action No. 19-2578 (TFH) |

## JOINT STATUS REPORT

Pursuant to the Court's January 13, 2020, Minute Order, the parties respectfully submit this Joint Status Report.

1. Plaintiff Electronic Frontier Foundation initiated the instant action on August 27, 2019, against Defendant U.S. Department of Homeland Security under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") in connection with FOIA requests that Plaintiff submitted to Immigration and Customs Enforcement ("ICE") and Customs and Border Protection ("CBP"). These requests sought polices and/or procedures regarding the use of GPS tracking devices on vehicles crossing the border and training manuals and/or training materials on the use of GPS tracking devices on vehicles crossing the border. *See* Compl. ¶¶ 12-13, 21-22 (ECF No. 1).

2. With respect to the FOIA request to ICE, ICE has conducted a supplemental search for material responsive to Plaintiff's FOIA request and identified approximately 6,000 records that are potentially responsive to the request. ICE has been processing these records at a rate of approximately 500 pages per month. On December 30, 2019, ICE made an interim production of documents to Plaintiff for which ICE processed 521 pages of material and some information was withheld pursuant to Exemptions 5, 6, 7(C), and 7(E). ICE made no production during the months of January and February 2020.

3. On March 5, 2020, ICE made its second interim response to Plaintiff's FOIA request, for which it processed 1,091 pages of potentially responsive material. Much of the material was non-responsive to the request and therefore only 94 pages were produced to Plaintiff. Some information was withheld under FOIA Exemptions 5, 6, 7(C), and (7)(E).

4. In reviewing the documents yielded by its supplemental search, it has become apparent to ICE that the vast majority of records collected are in fact non-responsive to Plaintiff's FOIA request. Accordingly, ICE will reconfigure its search to more appropriately target responsive records. ICE believes that it will be in a position to report the number of pages yielded by its reconfigured search within 30 days.

5. ICE agrees that it will process any responsive material yielded by its reconfigured search at a rate of 500 pages per month and will make monthly, rolling productions to Plaintiff on the first of each month, beginning May 1, 2020.

6. With respect to the FOIA request to CBP, CBP has conducted a supplemental search for material responsive to Plaintiff's FOIA request, which returned approximately 49 records. These records are currently being reviewed for responsiveness. With the exception of any records that may require consultation or referral to other agencies, CBP agrees to process and produce the responsive, non-exempt records from this supplemental search by April 20, 2020.

7. In light of the foregoing, the parties propose that they submit a further joint status report by May 5, 2020.

Dated: March 6, 2020                               Respectfully submitted,

/s/ *David L. Sobel (with consent)*
DAVID L. SOBEL
5335 Wisconsin Avenue, NW
Suite 640
Washington, DC 20015-2052
(202) 246-6180
Fax: (415) 436-9993

SAIRA HUSSAIN (admitted in California)
JENNIFER LYNCH (admitted in California)
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333

*Attorneys for Plaintiff*


TIMOTHY J. SHEA, D.C. Bar. No. 437437
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:    /s/   *Derek S. Hammond*
DEREK S. HAMMOND, D.C. Bar No. 1017784
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2511

*Counsel for Defendants*