UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br>     *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br>     *Defendant*. | Civil Action No. 19-2578 (TFH) |

## JOINT STATUS REPORT

Pursuant to the Court's March 9, 2020, Minute Order, the parties respectfully submit this Joint Status Report.

1. Plaintiff Electronic Frontier Foundation initiated the instant action on August 27, 2019, against Defendant U.S. Department of Homeland Security under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") in connection with FOIA requests that Plaintiff submitted to Immigration and Customs Enforcement ("ICE") and Customs and Border Protection ("CBP"), components of Defendant Department of Homeland Security ("DHS"). These requests sought polices and/or procedures regarding the use of GPS tracking devices on vehicles crossing the border and training manuals and/or training materials on the use of GPS tracking devices on vehicles crossing the border. *See* Compl. ¶¶ 12-13, 21-22 (ECF No. 1).

2. With respect to the FOIA request to ICE, ICE conducted a supplemental search for material responsive to Plaintiff's FOIA request and identified approximately 6,000 records that are potentially responsive to the request. ICE has been processing these records at a rate of approximately 500 pages per month. On December 30, 2019, ICE made its first interim production of documents to Plaintiff for which ICE processed 521 pages of material and some information was withheld pursuant to Exemptions 5, 6, 7(C), and 7(E). ICE made no production during the

months of January and February 2020. On March 5, 2020, ICE made its second interim response to Plaintiff's FOIA request, for which is processed 1,091 pages of potentially responsive material. Much of the material was non-responsive to the request and therefore only 94 pages were produced to Plaintiff. Some information was withheld under FOIA exemptions 5, 6, 7(C) and 7(E).

3. In April 2020, ICE processed 577 pages of material and released a cover letter to Plaintiff on May 5, 2020 stating that ICE had processed 577 pages of material and 0 pages were responsive to Plaintiff's FOIA request.

4. Because the vast majority of records yielded by ICE's supplemental search were non-responsive to Plaintiff's FOIA request, in the last Joint Status Report, ICE stated that it would reconfigure its search to more appropriately target responsive records and agreed to process any responsive material yielded by its reconfigured search at a rate of 500 pages per month and make monthly, rolling productions to Plaintiff on the first of each month, beginning May 1, 2020.

5. ICE, however, was unable to reconfigure a search that would more accurately target records responsive to Plaintiff's FOIA request. Instead, ICE conducted a responsiveness review of the entire response that it received from the Office of the Principal Legal Advisor ("OPLA") consisting of approximately 6,000 pages. ICE determined that approximately 566 pages may be responsive to Plaintiff's FOIA request.

6. ICE now agrees to process the remaining 566 pages and produce any responsive, non-exempt records to Plaintiff in a single, final production on June 1, 2020.

7. With respect to the FOIA request to CBP, CBP conducted a supplemental search for material responsive to Plaintiff's FOIA request, which returned approximately 49 records. CBP agreed to review the records for responsiveness and process and produce any responsive, non-exempt records from this supplemental search by April 20, 2020. On April 1, 2020, CBP issued a

final response to Plaintiff. CBP reported that it had determined 47 records were not responsive to the request, 1 record was withheld in full under Exemptions 5, 6, 7(C), and 7(E), and 1 record was referred to ICE for processing.

8.      In light of the foregoing, the parties propose that they submit a further joint status report by July 5, 2020.

Dated: May 5, 2020                              Respectfully submitted,

/s/ *David L. Sobel (with consent)*
DAVID L. SOBEL
5335 Wisconsin Avenue, NW
Suite 640
Washington, DC 20015-2052
(202) 246-6180
Fax: (415) 436-9993

SAIRA HUSSAIN (admitted in California)
JENNIFER LYNCH (admitted in California)
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333

*Attorneys for Plaintiff*


TIMOTHY J. SHEA, D.C. Bar. No. 437437
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:     /s/ *Derek S. Hammond*
DEREK S. HAMMOND, D.C. Bar No. 1017784
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

(202) 252-2511

*Attorneys for Defendant*