UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendant*. | Civil Action No. 19-2578 (TFH) |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Electronic Frontier Foundation brought suit against Defendant, the United States Department of Homeland Security ("DHS"), under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, challenging the responses of the U.S. Customs and Border Protection ("CBP") and the U.S. Immigration and Customs Enforcement ("ICE") to its FOIA requests.  CBP and ICE have satisfied their obligations with respect to Plaintiff's requests.  Both CBP and ICE conducted adequate searches for responsive records, and have released all the records to which Plaintiff is entitled under FOIA.  As there are no material facts in genuine dispute, DHS respectfully moves this Court pursuant to Federal Rule of Civil Procedure 56 for summary judgment as to all claims asserted against it.  The enclosed memorandum of points and authorities, statement of facts, supporting declarations, accompanying exhibits, and ICE's *Vaughn* Index establish that DHS is entitled to the relief sought.

\*   \*   \*

Dated: November 13, 2020

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

Daniel F. Van Horn
Chief, Civil Division
D.C. Bar #924092

By: /s/ *Kathleene Molen*
KATHLEENE MOLEN
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: (202) 803-1572
Kathleene.Molen@usdoj.gov

*Counsel for Defendant*