UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendant.* | Civil Action No. 19-2578 (TFH) |

# CBP

# EXHIBIT B

April 1, 2020


Michael Rosenbloom
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109

Re: CBP-2019-008804; *Electronic Frontier Foundation v. DHS*, No. 19-cv-2578 (D.D.C.)

Dear Mr. Rosenbloom:

This is a final response to your Freedom of Information Act (FOIA) request to U.S. Customs and Border Protection (CBP), dated November 5, 2018.  You requested the following information:

1. Policies and/or procedures regarding the use of GPS tracking devices on vehicles crossing the border;

2. Training manuals and/or training materials on the use of GPS tracking devices on vehicles crossing the border.

As set forth in the March 6, 2020 Joint Status Report in the above-referenced case, a supplemental search for records returned approximately 49 records that required further review for responsiveness.  CBP FOIA has reviewed those records for this release and has made the following determinations:

- 47 records are not responsive to the request;
- 1 three-page record is responsive but is withheld in full under exemptions (b)(5), (b)(6), (b)(7)(C), and (b)(7)(E); and
- 1 record was referred to U.S. Immigration and Customs Enforcement for processing.

Additional information regarding the applicable exemptions and response can be found at the following link: https://www.cbp.gov/document/guidance/exemption-definitions. Copies of the FOIA and DHS regulations are available at www.dhs.gov/foia.

As this matter is currently in litigation, if you need further assistance or would like to discuss any aspect of this response, please contact Derek Hammond, Assistant United States Attorney.

Sincerely,

*Patrick Howard*

Patrick Howard
Branch Chief
U.S. Customs and Border Protection, FOIA Division
Privacy and Diversity Office