UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendant*. | Civil Action No. 19-2578 (TFH) |

# ICE

# Exhibit 3

*Office of Information Governance and Privacy*

**U.S. Department of Homeland Security**
500 12th St., SW
Washington, D.C. 20536



November 15, 2018

MICHAEL ROSENBLOOM
ELECTRONIC FRONTIER FOUNDATION
815 EDDY STREET
SAN FRANCISCO, CA 94109

**RE:    ICE FOIA Case Number 2019-ICFO-21210**

Dear Mr. ROSENBLOOM:

This acknowledges receipt of your November 05, 2018, Freedom of Information Act (FOIA) request to U.S. Immigration and Customs Enforcement (ICE), for any and all records created or received by HSI or CBP between January 3, 2012 (the date of the Supreme Court's opinion in Jones) and the date of this request, concerning:
• Policies and/or procedures regarding the use of GPS tracking devices on
vehicles crossing the border.
• Training manuals and/or training materials on the use of GPS tracking
devices on vehicles crossing the border.  Your request was received in this office on November 15, 2018.

Upon initial review of the request, I have determined that portions of the information you are seeking are under the purview of the U.S. Customs and Border Protection, a DHS component. Therefore, I am referring your request to the FOIA Officer for U.S. Customs and Border Protection, Sabrina Burroughs, for processing and direct response to you.  You may contact that office in writing at FOIA Division, 90 K. Street NE, Washington, DC 20002-1181 or via telephone at (202) 325-0150.

Your request has been assigned reference number **2019-ICFO-21210**. Please refer to this identifier in any future correspondence. To check the status of an ICE FOIA/PA request, please visit http://www.dhs.gov/foia-status. Please note that to check the status of a request, you must enter the 2019-ICFO-XXXXX tracking number. You may contact this office at (866) 633-1182. Our mailing address is 500 12th Street, S.W., Stop 5009, Washington, D.C. 20536-5009.

Sincerely,

*Yama S. Aulet / for*

Catrina M. Pavlik-Keenan

www.ice.gov

[Type text]

FOIA Officer