UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendant*. | Civil Action No. 19-2578 (TFH) |

# ICE

# Exhibit 9

*Office of Information Governance and Privacy*

**U.S. Department of Homeland Security**
500 12th St., SW
Washington, D.C. 20536



May 5, 2020

Madeline Mulkern
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109

RE: *Electronic Frontier Foundation v. DHS*; 19-cv-02578
ICE FOIA Case Number 2019-ICLI-00060

Dear Ms. Mulkern:

This letter is the third response to your Freedom of Information Act (FOIA) request to U.S. Immigration and Customs Enforcement (ICE), dated November 5, 2018. You have requested any and all records created or received by HSI or CBP between January 3, 2012 (the date of the Supreme Court's opinion in Jones) and the date of this request, concerning:

• Policies and/or procedures regarding the use of GPS tracking devices on vehicles crossing the border.
• Training manuals and/or training materials on the use of GPS tracking devices on vehicles crossing the border.

ICE has considered your request under the FOIA, 5 U.S.C. § 552.

A search of the ICE Office of Principal Legal Advisor (OPLA) located records that were potentially responsive to your request. For this production ICE reviewed 577 pages of potentially responsive records. After careful review, ICE has determined that all 577 pages are not responsive to your request.

If you have any questions about this letter, please contact Assistant United States Attorney Derek Hammond at Derek.Hammond@usdoj.gov.

          Sincerely,

          *Dexter E. Johnson/for*

          Fernando Pineiro Jr
          (A) FOIA Officer

www.ice.gov