UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> *Defendant*. | Civil Action No. 19-2578 (TFH) |

### [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Summary Judgment with respect to all claims against the Department of Homeland Security, the memorandum of points and authorities in support thereof, any opposition thereto, any reply, and the entire record herein, it is this ____day of _____, 2020,

ORDERED that Defendant's Motion for Summary Judgment be, and hereby is, GRANTED; and it is further

ORDERED judgment as a matter of law is hereby entered in favor of the U.S. Department of Homeland Security on Plaintiff's claims in this action.

_____
UNITED STATES DISTRICT COURT JUDGE