IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>              Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>              Defendant. | Civil Case No. 19-02578-TFH |

**CONSENT MOTION TO MODIFY BRIEFING SCHEDULE**

Plaintiff Electronic Frontier Foundation, through its undersigned counsel, moves pursuant to Rule 6(b) to modify the summary judgment briefing schedule to allow Plaintiff additional time to file its reply. Plaintiff submits the following consented-to Motion and states as follows:

1. Plaintiff filed a Complaint under the Freedom of Information Act ("FOIA") on August 27, 2019. (ECF No. 1).

2. On November 13, 2020, Defendant filed its motion for summary judgment. (ECF No. 18).

3. On February 5, 2021, Plaintiff filed its combined opposition and cross motion for summary judgment. (ECF Nos. 21 & 22).

4. On March 30, 2021, Defendant filed its combined opposition and reply. (ECF No. 25 & 26).

5. The current schedule of proceedings is as follows:

Plaintiff's reply:      April 27, 2021

1

6.	Due to upcoming deadlines in other cases, Plaintiff respectfully moves to modify the briefing schedule as follows:

Plaintiff's reply:	May 18, 2021

4.	This is Plaintiff's second request for extension of time in this matter.

5.	Pursuant to Local Civil Rule 7(m), undersigned counsel has consulted with Defendant's counsel, who has consented to the relief requested herein.

6.	In light of the foregoing, Plaintiff respectfully requests that the Court grant this Motion and modify the Scheduling Order. A proposed order is attached.

Dated: April 21, 2021                              Respectfully Submitted,


                                                   _____/s/ David L. Sobel_____
                                                   DAVID L. SOBEL
                                                   D.C. Bar No. 360418
                                                   Electronic Frontier Foundation
                                                   5335 Wisconsin Avenue, N.W.
                                                   Suite 640
                                                   Washington, DC  20015
                                                   (202) 246-6180

                                                   SAIRA HUSSAIN
                                                   (admitted in California)
                                                   JENNIFER LYNCH
                                                   (admitted in California)
                                                   Electronic Frontier Foundation
                                                   815 Eddy Street
                                                   San Francisco, CA 94109
                                                   (415) 436-9333


                                                   *Counsel for Plaintiff*